IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Subpoena to Sadis & Goldberg, LLP <br><br> SHELA M. BLACKWELL and JO ANN BATTIESTE, on behalf of the Sta-Home Health & Hospice, Inc. Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BANKERS TRUST COMPANY OF SOUTH DAKOTA, a South Dakota Limited Liability Corporation, <br><br> Defendant. | Misc. Action No. 1:19-mc-483 |

## MOTION TO VOLUNTARILY DISMISS MISCELLANEOUS ACTION

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Shela Blackwell and Jo Ann Battieste ("Plaintiffs") voluntarily dismiss this miscellaneous action in which Plaintiffs filed a motion to compel Sadis & Goldberg, LLP ("Sadis") to comply with a subpoena duces tecum (the "Motion to Compel"). In support thereof, Plaintiffs state as follows:

1. Plaintiffs opened this miscellaneous action and filed the Motion to Compel on October 24, 2019. Dkt. 1.

2. Plaintiffs, Sadis, and other parties were ultimately able to resolve the underlying discovery dispute without further involvement by this Court.

3. Sadis never served an answer or a motion for summary judgment in this miscellaneous action.

1

4. The underlying action, *Blackwell v. Bankers Trust Company of South Dakota*, 18-cv-141 (S.D. Miss.), was settled and a final judgment and order of dismissal with prejudice was entered on June 23, 2021.

5. Plaintiffs therefore respectfully request that the Court enter an order dismissing this miscellaneous action.

Dated: December 31, 2021

**Memo Endorsed:** The application is granted. The Clerk of Court is directed to close the case.
Dated: January 3, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

Respectfully submitted

**BAILEY & GLASSER LLP**

*/s/ Mark G. Boyko*
Mark G. Boyko (Bar #4306122)
BAILEY & GLASSER LLP
1055 Thomas Jefferson Street, NW, Suite 540
Washington, DC 20007
Telephone: (202) 463-2101
Facsimile: (202) 463-2103
mboyko@baileyglasser.com

*Attorney for Plaintiffs*